AO 91 (Rev. 08/09) Criminal Complaint

FILED by TM D.C.
FEB 10 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.

CHARLES LEWIS VORPAGEL,

*Defendant(s)*

Case No. 17-8044-JMH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 5, 2017 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute a Controlled Substance |
| 18 U.S.C. § 924(c)(1)(A) | Possession of Firearms in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

David Sharp, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-10-17

[signature]
*Judge's signature*

City and state: West Palm Beach, Florida

James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF**
**DAVID A. SHARP II, SPECIAL AGENT**
**FEDERAL BUREAU OF INVESTIGATION**

I, DAVID A. SHARP II, being duly sworn, do state and attest as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since May 2016. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency. I have been assigned primarily to investigations of bank robberies, fugitives, and other violent crimes. Based on my experience as a federal law enforcement officer, I have conducted investigations of, and have been instructed in investigative techniques concerning violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44).

2. I submit that there is probable cause to believe that CHARLES LEWIS VORPAGEL has committed violations of federal firearms and controlled substance laws under Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A), and Title 21, United States Code, Section 841(a)(1), in Palm Beach County in the Southern District of Florida. This affidavit is based upon my personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians with knowledge of the events and evidence described herein. Because this affidavit is being prepared for the limited purpose of establishing probable cause, it does not purport to include every fact known by me about this investigation.

3. On Sunday, February 5, 2017, a shooting occurred at a residence located on Mohawk Street in Jupiter, Florida, within the Southern District of Florida. The Jupiter Police Department conducted a crime scene search of the Mohawk residence pursuant to a lawfully executed search warrant issued in the 15th Judicial Circuit of Palm Beach County, Florida. The property that was searched and the items that were seized were cataloged and retained by the Jupiter Police Department.

4. During the search, the Jupiter Police Department located and seized the following: from beside the front door, one loaded KEL-TEC PLR-16 5.56 cal (Serial #P2435) firearm, and one Mossberg 12 gauge shotgun, which was loaded with rubber bullets. Law enforcement also found in the closet inside the master bedroom: one Tupperware which contained approximately 1737.5 grams of Marijuana, which was packaged in bags for sale, and one unloaded Spiker Tactical Carbine (Serial

#05181) assault rifle on top of the container. In the same master bedroom, law enforcement found approximately 914 Xanax (2mg) tablets in a bowl, which were also separated in bags for sale. Inside the dresser drawer in the master bedroom, law enforcement found approximately 32 grams of marijuana.

5. In a separate bedroom, law enforcement found hash oil on top of a table, and one loaded Raven Arms MP-25 .25 cal. (Serial #1642562) on the floor underneath the table. Also underneath the table was an open safe containing one loaded Colt Trooper MK II .357 cal. (Serial # 45717J). In this room, law enforcement also found approximately .9 grams of cocaine in a container, 16 grams of cocaine in another container, and 44 medical edible narcotics. Law enforcement also found scales and a heat sealing device, which I know based on my training and experience, are devices used to package narcotics for sale.

6. In a third bedroom, law enforcement found one CETME Sporter .308 cal. rifle (Serial #C41911)), hundreds of rounds of 16 different types of ammunition, and a high capacity magazine capable of holding up to 100 rounds of ammunition.

7. On Monday, February 6, 2017 VORPAGEL was interviewed by Jupiter Police Department Detectives. VORPAGEL was advised of his *Miranda* rights, which he waived, and agreed to speak to the interviewing Detectives without an attorney present. During the interview, which was audio and video recorded, VORPAGEL admitted, amongst other things, that he dealt illegal drugs from the Mohawk residence, and that he worked with another person to purchase and sell firearms. VORPAGEL admitted that he lived alone at the Mohawk residence, and occasionally would have over-night guests. VORPAGEL further admitted that he purchased firearms from gun shows and other individuals, and that he sold ammunition and firearms to personal acquaintances and others. For example, VORPAGEL admitted that as recently as two weeks earlier, he sold approximately two boxes of AK ammunition to a customer, and that VORPAGEL possessed two firearms that he intended to sell to the same person, which he identified as the KEL-TEC PLR-16 5.56 cal and the CETME Sporter .308 cal. VORPAGEL further stated that he was trying to modify the KEL-TEC so that it would fire automatically. VORPAGEL also admitted that he recently obtained approximately one ounce of cocaine, and that he and his drug dealing business partner cut the cocaine into smaller amounts

and placed them into small bags to sell over the weekend. VORPAGEL also admitted that he had given his business partner a hand gun.

8. I have confirmed with a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, that the following firearms were manufactured outside the state of Florida, and therefore, their presence in the State of Florida would affect interstate or foreign commerce: the Raven Arms MP-25 .25 cal. and the Colt Trooper MK II .357 cal. firearms, as well as the Mossberg 12 gauge shotgun.

9. I conducted a criminal history check thru the NCIC system, and confirmed that VORPAGEL has prior felony convictions. For example, on July 1, 2010 in Palm Beach County, Florida, VORPAGEL pled guilty to a felony state charge of Carrying a Concealed Firearm, which is punishable by more than one year in prison.

Based on the foregoing facts, I submit that there is probable cause to believe that CHARLES LEWIS VORPAGEL illegally possessed a firearm after being convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1), possessed controlled substances with the intent to distribute them, in violation of Title 21, United States Code, Section 841(a)(1), and possessed firearms in furtherance of a drug trafficking offense, in violation of Title 18, United States Code, Section 924(c)(1)(A).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DAVID A. SHARP II
Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed before me this 10 day of
February, 2017 at West Palm Beach, Florida.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No. 17-8044-JMH**

**UNITED STATES OF AMERICA**

**v.**

**CHARLES LEWIS VORPAGEL,**

**Defendant.**
_______________________________________/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? __ Yes X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? __ Yes X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: [signature]

SUSAN OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Court Identification No. A5500797
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 805-9846 (FAX)